**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELVIN LEROY TYLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1630 NAB |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Respondent, | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's "Notice of Criminal Case Removal."

Petitioner seeks to remove a closed case from the Missouri Court of Appeals, Eastern Division,

to this Court. The Court lacks jurisdiction over the matter. *See* 28 U.S.C. § 1443; *Postma v.*

*First Fed. Sav. & Loan*, 74 F.3d 160, 162 (8th Cir. 1996). Therefore, this action is dismissed.

*See* Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma

pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 25th day of October, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE