UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELVIN LEROY TYLER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:16-CV-1630 NAB |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for reconsideration and motion for leave to proceed in forma pauperis on appeal. The motion for reconsideration is frivolous. And when the Court dismissed this action it certified that an appeal would not be taken in good faith.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration [ECF No. 6] and motion for leave to proceed in forma pauperis on appeal [ECF No. 7] are **DENIED**.

Dated this 14th day of November, 2016.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE